Norman C. SWETT, Claimant–Appellant,

v.

Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent–Appellee.

No. 03–7057.

United States Court of Appeals, Federal Circuit.

May 19, 2004.

James W. Poirier, Principal Attorney, Harold D. Lester, Jr., Richard J. Hipolit, David J. Barrans, David M. Cohen, Jamie L. Mueller, of Counsel, Washington, DC, for Respondent–Appellee.

Kenneth M. Carpenter, Chartered Carpenter, Topeka, KS, for Claimant–Appellant.

### ORDER

Upon consideration of Norman C. Swett's unopposed motion to voluntarily dismiss his appeal,

IT IS ORDERED THAT:

(1) The unopposed motion to dismiss is granted.

(2) Each side shall bear its own costs.

(3) All pending motions are moot.